Subpoena in a Civil Matter (For Testimony and/or Documents)    (This form replaces CCG N006 & CCG N014)    (Rev. 6/25/09) CCG 0106

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

PRENDA LAW, INC

                                                Plaintiff/Petitioner

v.    No. 13-L-75

PAUL A. GODFREAD, ALAN COOPER AND DOES 1-10

                                                Defendant/Respondent

### SUBPOENA IN A CIVIL MATTER
(For Testimony and/or Documents)

To: Wild West Domains, LLC

c/o Kenna Willis, Go Daddy Operating Company, LLC

14455 N Hayden Rd. Ste. 2019, Scottsdale, AZ 85260

☐ 1. YOU ARE COMMANDED to appear to give your testimony before the Honorable _____

in Room _____, _____, Illinois on _____,

at _____ m.

☐ 2. YOU ARE COMMANDED to appear and give your deposition testimony before a Notary Public at: _____

in Room _____, _____, Illinois on _____,

at _____ m.

☑ 3. YOU ARE COMMANDED to mail the following documents in your possession or control to Paul A. Duffy, Esq.

at 161 N. Clark St. Ste. 3200, Chicago, IL 60601, on or before March 6, 2013,

at 10:00 am m.

(THIS IS FOR RECORDS ONLY. THERE WILL BE NO ORAL INTERROGATORIES.):

Provide the name, current (and permanent) addresses, billing addresses, telephone numbers and e-mail addresses associated with the individual who registered the domain dietrolldie.com.

☐ Description continued on attached page(s).

**YOUR FAILURE TO RESPOND TO THIS SUBPOENA WILL SUBJECT YOU TO PUNISHMENT FOR CONTEMPT OF THIS COURT.**

Notice to Deponent:

☐ 1. The deponent is a public or private corporation, partnership, association, or governmental agency. The matter(s) on which examination is requested are as follows: _____

☐ Description continued on attached page(s).
(A nonparty organization has a duty to designate one or more officers, directors, or managing agents, or other persons to testify on its behalf, and may set forth, for each person designated, the matters on which that person will testify. Ill. Sup. Ct. Rule 206.)

☐ 2. The deponent's testimony will be recorded by use of an audio-visual recording device, operated by _____.
(Name of Recording Device Operator)

3. No discovery deposition of any party or witnesses shall exceed three hours regardless of the number of parties involved in the case, except by stipulation of the parties or by order upon showing that good cause warrants a lengthier examination. Ill. Sup. Ct. Rule 206(d).

Atty. No. 6210496    Pro Se 99500    Issued by: _____ Signature

Name: Paul A. Duffy

Atty. for: Prenda Law, Inc.    ☑ Attorney

Address: 161 N. Clark St. Ste. 3200    ☐ Clerk of Court

City/State/Zip: Chicago, IL 60601

Telephone: 1-800-380-0840    Date: February 27, 2013

☑ I served this subpoena by mailing a copy, as required by Ill. Sup. Ct. Rules 11, 12 and 204(a)(2), to Go Daddy Operating Company, LLC by certified mail, return receipt requested (Receipt # 9407111201050470324%) on February 27, 2013.

I paid the witness $ _____ for witness and mileage fees. $0

☐ I served this subpoena by handing a copy to _____ on _____,

I paid the witness $ _____ for witness and mileage fees.

_____ (Signature of Server)    _____ (Print Name)

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS