1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PRENDA LAW, INC., | ) Case No. _____ |
| Plaintiff-Respondent, | ) |
| v. | ) **[PROPOSED] ORDER GRANTING DEFENDANT-MOVANT JOHN DOE "DIE TROLL DIE"'S MOTION TO QUASH** |
| PAUL GODFREAD, ALAN COOPER, and JOHN DOES 1-10 | ) |
| Defendant-Movant. | ) [Fed. R. Civ. Pro. 45(c) and L.R. Civ. 7.2] |

1  Before the Court is the motion of Defendant-Movant John Doe, a.k.a. "Die Troll
2  Die'" ("DTD") for an order quashing Plaintiff's February 27, 2013 subpoena to Wild West
3  Domains (the "Subpoena").
4  Having given full consideration to the parties' papers, the relevant authority, and
5  good cause appearing, it is hereby
6  **ORDERED** that the motion is **GRANTED** and the subpoena is quashed.
7  **IT IS SO ORDERED.**