Kurt Opsahl, Esq. (Cal. Bar # 191303) (*pro hac* pending)
Mitchell L. Stoltz, Esq. (D.C. Bar # 978149)(*pro hac* pending)
Nathan D. Cardozo, Esq. (Cal. Bar # 259097) (*pro hac* pending)
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Tel: (415) 436-9333
Fax: (415) 436-9993
Email: kurt@eff.org

Paul D. Ticen, Esq. (AZ Bar # 024788)
Kelley / Warner, P.L.L.C.
404 S. Mill Ave, Suite C-201
Tempe, Arizona 85281
Tel: 480-331-9397
Fax: 1-866-961-4984
Email: paul@kellywarnerlaw.com

Attorneys for Defendant-Movant JOHN DOE "DIE TROLL DIE"

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| PRENDA LAW, INC.,<br><br>　　　　Plaintiff-Respondent,<br><br>　　v.<br><br>PAUL GODFREAD, ALAN COOPER, and JOHN DOES 1-10<br><br>　　　　Defendant-Movant. | Case No. _____<br><br>**DECLARATION OF NATHAN CARDOZO IN SUPPORT OF MOTION OF DEFENDANT-MOVANT JOHN DOE "DIE TROLL DIE" TO QUASH THE SUBPOENA TO WILD WEST DOMAINS SEEKING IDENTITY INFORMATION**<br><br>[Fed. R. Civ. Pro. 45(c) and L.R. Civ. 7.2] |

## DECLARATION OF NATHAN D. CARDOZO

I, Nathan D. Cardozo, declare as follows:

1. I am over eighteen (18) years of age and I am otherwise competent to sign this declaration based on my personal knowledge of all matters addressed in this declaration.

2. I am an attorney licensed to practice law in the State of California and am a Staff Attorney at the Electronic Frontier Foundation, a non-profit legal services organization serving as attorneys for Defendant Doe, a.k.a. "Die Troll Die," (DTD) in the above-captioned matter.

3. DTD is the provider of an Internet message board (located at dietrolldie.com) on which pseudonymous online speakers have criticized the practices of Plaintiff Prenda Law, Inc. and other similar copyright enforcement law firms (known colloquially as "copyright trolls").

4. The domain name dietrolldie.com is registered with Wild West Domains LLC, a domain name registrar located at 14455 North Hayden Rd. #226, Scottsdale, AZ 85260, in the District of Arizona. Wild West Domains is a subsidiary of Go Daddy Operating Company, LLC, which is headquartered at the same address.

5. I am informed and believe that that Alan Cooper served a civil action captioned *Alan Cooper v. John Lawrence Steele, et al.*, No. 27-CV-13-3463, on January 25, 2013, which is pending in the Fourth Judicial District Court, County of Hennepin, Minnesota. Mr. Cooper asserted claims for invasion of privacy and deceptive trade practices, as well as civil conspiracy and alter ego theories.

6. I am informed and believe that Prenda Law filed a civil action captioned *Prenda Law, Inc. v. Paul Godfread, Alan Cooper and John Does* 1-10, Case No. 13-L-75, in the Circuit Court of the Twentieth Judicial Circuit, St. Clair County, Illinois on February 12, 2013, asserting various defamation related causes of action against Mr. Cooper, Cooper's attorney Paul Godfread, and the John Doe Defendants, including DTD for his role as the operator of the dietrolldie.com message board.

7. The case was subsequently removed to the federal District Court of the Southern District of Illinois (Case No. 13-cv-00207) on March 1, 2013.

8. On April 10, 2013, Paul Duffy, counsel for Prenda (and the principal of Prenda), docketed an Amended Complaint in the Southern District of Illinois case at docket number 12-1. Attached hereto as Exhibit A is a copy of this Amended Complaint, which was allegedly filed in the St. Clair County Circuit Court on February 21, 2013.

9. On February 27, 2013, Prenda, through its attorney Mr. Duffy, issued a subpoena to non-party Wild West Domains from the Circuit Court of Cook County, Illinois, seeking DTD's identity and contact information. Specifically, the subpoena seeks "the name, current (and permanent) addresses, billing addresses, telephone numbers and e-mail addresses associated with the individual who registered dietrolldie.com." The subpoena demanded production by March 6, 2013. A copy of the subpoena sent to Wild West Domains is attached hereto as Exhibit B.

10. Initially, counsel for DTD was unaware of this subpoena, but had received notice of a defective subpoena that Prenda and Mr. Duffy issued to non-party Automattic Inc. in California (The notice was provided by Automattic, not Prenda or Mr. Duffy).

11. Concerned that there may be additional subpoenas, on March 12, 2013, counsel for DTD informed Mr. Duffy and Prenda that they represent DTD in connection with subpoenas for identity information. Attached hereto as Exhibit C is a copy of the March 12 letter to Mr. Duffy and Prenda. Prenda did not respond.

12. On March 22, 2013, Wild West Domains notified DTD of the subpoena it had received, but did not provide him with a copy. Attached hereto as Exhibit D is a redacted copy of the email notice from Wild West Domains. DTD's email address has been removed.

13. Later that day, counsel for DTD called Mr. Duffy and left a voicemail message, and followed up with an email to Mr. Duffy, seeking a copy of the subpoena. Attached hereto as Exhibit E is a copy of the email to Mr. Duffy.

14. Prenda responded by claiming there was a typo in DTD's counsel's email, and failed to provide a copy of the subpoena. Attached hereto as Exhibit F is a copy of the email from Mr. Duffy.

15. We responded to Mr. Duffy, reiterating the request for a copy of the subpoena. Attached hereto as Exhibit G is a copy of the email to Mr. Duffy. Mr. Duffy has not responded further.

16. Plaintiff did not provide notice to DTD of its discovery request, notifying only Defendants Godfread and Cooper. Attached hereto as Exhibit H is a copy of the notice provided to Defendants Godfread and Cooper.

17. To the best of my knowledge and belief, Prenda has not attempted to provide notice of any subpoenas to any of the Doe Defendants.

18. Attached hereto as Exhibit I is a copy of Kashmir Hill, *How Porn Copyright Lawyer John Steele Has Made A 'Few Million Dollars' Pursuing (Sometimes Innocent) 'Porn Pirates,'* Forbes Magazine, Oct. 15, 2012, available at http://www.forbes.com/sites/kashmirhill/2012/10/15/how-porn-copyright-lawyer-john-steele-justifies-his-pursuit-of-sometimes-innocent-porn-pirates/.

19. Attached hereto as Exhibit J is a copy of Dan Browning, *Federal judge: Copyright troll attorneys hiding something,* Minneapolis Star-Tribune (Mar. 12, 2013), available at http://www.startribune.com/local/197703011.html.

20. Attached hereto as Exhibit K is a copy of Timothy Lee, *Man charges porn trolling firm Prenda Law with identity theft*, Ars Technica (Dec. 5, 2012), available at http://arstechnica.com/tech-policy/2012/12/man-charges-porn-trolling-firm-prenda-law-with-identity-theft/.

21. Attached hereto as Exhibit L is a copy of Timothy Lee, *Porn copyright troll sues AT&T and Comcast, says they side with pirates*, Ars Technica (Aug. 10, 2012), available at http://arstechnica.com/tech-policy/2012/08/porn-copyright-troll-sues-att-and-comcast-says-they-side-with-pirates/.

22. Attached hereto as Exhibit M is a copy of Steve Schmadeke, *Chicago lawyer leads fight against porn piracy*, Chicago Tribune (November 15, 2010), available at http://articles.chicagotribune.com/2010-11-15/news/ct-met-porn-attorney-20101115_1_face-lawsuit-anti-piracy-campaign-copyright-violators.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on April 18, 2013 at San Francisco, California.

Nathan D. Cardozo

## CERTIFICATE OF FILING AND SERVICE

Pursuant to the Case Management/Electronic Case Filing Administrative Policies and Procedures Manual ("CM/ECF Manual") of the United States District Court for the District of Arizona, I hereby certify that on April 18, 2013, I electronically filed:

**DECLARATION OF NATHAN CARDOZO IN SUPPORT OF MOTION OF DEFENDANT-MOVANT JOHN DOE "DIE TROLL DIE" TO QUASH THE SUBPOENA TO WILD WEST DOMAINS SEEKING IDENTITY INFORMATION**

with the U.S. District Court clerk's office using the ECF system.  Through electronic mail and first class U.S. Mail, I will send notification to the following counsel of record:

>Paul A. Duffy
>Prenda Law, Inc.
>161 North Clark Street, Suite 3200
>Chicago, IL 60601
>E-Mail: paduffy@wefightpiracy.com
>Attorney for Plaintiff

>KELLY / WARNER, PLLC
>
>By:   /s/ Paul D. Ticen
>Paul D. Ticen, Esq.
>404 S. Mill Ave, Suite C-201
>Tempe, Arizona 85281
>Attorney for Defendant