# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Prenda Law, Inc.,

    Plaintiff(s)/Petitioner(s),

vs.

Paul Godfread, Alan Cooper, and John Does 1-10,

    Defendant(s)/Respondent(s)

CASE NO: 2:13-mc-00030-SRB

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

RECEIVED / LODGED / COPY
APR 22 2013
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

## NOTICE: $50.00 APPLICATION FEE REQUIRED!

I, **Nathan Cardozo**, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of **John Doe "Die Troll Die"**.

**City and State of Principal Residence:** San Francisco, California
**Firm Name:** Electronic Frontier Foundation
**Address:** 815 Eddy Street    **Suite:**
**City:** San Francisco    **State:** CA    **Zip:** 94109
**Firm/Business Phone:** (415) 436-9333
**Firm Fax Phone:** (415) 436-9993    **E-mail Address:** nate@eff.org

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
| --- | --- | --- |
| Supreme Court of California | 12/05/2008 | ☑ Yes   ☐ No* |
| USDC NDCA | 02/02/2009 | ☑ Yes   ☐ No* |
| Ninth Circuit | 11/16/2009 | ☑ Yes   ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
| --- | --- | --- |
| N/A | | |

* Explain:

### ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.

*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?    ☐ Yes    ☑ No
Have you ever been disbarred from practice in any Court?    ☐ Yes    ☑ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

April 19, 2013
**Date**
Fee Receipt # PNF133235

_____
**Signature of Applicant**

(Rev. 04/12)

*Prenda Law v. Godfread, et al.*
Case No. 2:13-mc-00030-SRB

**Admissions for Nathan Cardozo**
Continued from *Pro Hac Vice* Application

USDC CD CA September 9, 2010

USDC SD CA March 3, 2011

USDC ED CA September 8, 2010

# Certificate of Good Standing

United States of District Court    )
                                   ) ss.
Northern District of California    )

I, Richard W. Wieking, Clerk of the United States District Court for the Northern District of California, do hereby certify that **Nathan Cardozo, Bar No. 259097** was duly admitted to practice in said Court on **February 2, 2009**, and is in good standing as a member of the bar of said Court.

Dated at San Francisco on April 16, 2013

Richard W. Wieking
Clerk