**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| PRENDA LAW, INC., <br><br> Plaintiff-Respondent, <br><br> v. <br><br> PAUL GODFREAD, ALAN COOPER, and JOHN DOES 1-10 <br><br> Defendant-Movant. | Case No. MC13-00030-PHX-SRB <br><br> **ORDER GRANTING DEFENDANT-MOVANT JOHN DOE "DIE TROLL DIE"'S REQUEST FOR LEAVE TO FILE OVERSIZED MEMORANDUM IN SUPPORT OF MOTION TO QUASH** <br><br> [Fed. R. Civ. Pro. 45(c) and L.R. Civ. 7.2] |

[

Before the Court is the request of Defendant-Movant John Doe, a.k.a. "Die Troll Die" ("DTD") for leave to file an oversize memorandum in support of his Motion to Quash.

IT IS **ORDERED** that the request is **GRANTED.** DTD has leave to file, Document # 1, a Motion to Quash the Subpoena to Wild West Domains Seeking Identity Information, which includes a Memorandum of Points and Authorities and is 27 pages long.  Document # 3 entitled Memorandum of Points and Authorities in Support of Motion to Quash the Subpoena to Wild West Domains Seeking Identity Information appears largely duplicative of Document #1 and its filing is denied.

DATED THIS 25TH DAY OF APRIL, 2013.

_____
Susan R. Bolton
United States District Judge