1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Prenda Law Incorporated, | ) | No. MC-13-00030-PHX-SRB |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Paul Godfread, et al., | ) | |
| Defendants. | ) | |

On April 18, 2013, a deficiency notice was sent to counsel for Plaintiff [Doc. 5] advising that counsel had failed to file the Corporate Disclosure Statement required by F.R.Civ.P.7.1 and LRCiv. 7.1.1. Counsel was given 14 days to file the Corporate Disclosure Statement. Counsel for Plaintiff has failed to respond to the deficiency notice and file the required Corporate Disclosure Statement.

IT IS ORDERED that Plaintiff file its Corporate Disclosure Statement not later than **10 business days**. In addition to the information required by F.R.Civ.P. 7.1 and LRCiv. 7.1.1, the Disclosure Statement shall also contain a list of each member of each LLC. Failure to  file the Corporate Disclosure Statement and a list of the members of the LLCs shall result in sanctions being imposed.

DATED this 7th day of May, 2013.

Susan R. Bolton
United States District Judge