Kurt Opsahl, Esq. (admitted *pro hac vice*)
Mitchell L. Stoltz, Esq. (*pro hac* pending)
Nathan D. Cardozo, Esq. (admitted *pro hac vice*)
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Tel: (415) 436-9333
Fax: (415) 436-9993
Email: kurt@eff.org

Paul D. Ticen, Esq. (AZ Bar # 024788)
Kelley / Warner, P.L.L.C.
404 S. Mill Ave, Suite C-201
Tempe, Arizona 85281
Tel: 480-331-9397
Fax: 1-866-961-4984
Email: paul@kellywarnerlaw.com

Attorneys for Defendant-Movant JOHN DOE "DIE TROLL DIE"

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PRENDA LAW, INC., <br><br> Plaintiff-Respondent, <br><br> v. <br><br> PAUL GODFREAD, ALAN COOPER, and JOHN DOES 1-10 <br><br> Defendant-Movant. | Case No. MC-13-00030-PHX-SRB <br><br> **CERTIFICATE OF SERVICE** <br><br> [Fed. R. Civ. Pro. 45(c) and L.R. Civ. 7.2] |

## CERTIFICATE OF SERVICE

I, Stephanie Shattuck, declare that I am employed in the city and county of San Francisco, California. My business address is 815 Eddy Street, San Francisco, CA 94109. I am over the age of 18 years and am not a party to the within action.

On May 7, 2013, at the above-referenced address, I served the following documents:

- **COURT'S ORDER OF MAY 7, 2013**

by placing the documents listed above in a sealed envelope with postage thereon fully prepaid, in accordance with the firm's practice of collection and processing correspondence with the United States Postal Service, which in the normal course of business provides for the deposit of all correspondence and documents with the United States Postal Service on the same day they are collected and processed for mailing to the persons at the addresses set forth below:

Paul A Duffy
Prenda Law Incorporated
161 N Clark St., Ste. 3200
Chicago, IL 60601

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Dated: May 7, 2013

Stephanie Shattuck
Legal Secretary