# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Prenda Law, Inc.,

    Plaintiff(s)/Petitioner(s),

vs.

Paul Godfread, Alan Cooper, and John Does 1-10,

    Defendant(s)/Respondent(s)

CASE NO: 2:13-mc-00030-SRB

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

[FILED stamp: MAY 08 2013, CLERK U S DISTRICT COURT, DISTRICT OF ARIZONA, BY ___ DEPUTY]

## NOTICE: $50.00 APPLICATION FEE REQUIRED!

I, **Mitchell L. Stoltz**, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of **John Doe "Die Troll Die"**.

**City and State of Principal Residence:** San Francisco, California
**Firm Name:** Electronic Frontier Foundation
**Address:** 815 Eddy Street   **Suite:**
**City:** San Francisco   **State:** CA   **Zip:** 94109
**Firm/Business Phone:** (415) 436-9333
**Firm Fax Phone:** (415) 436-9993   **E-mail Address:** mitch@eff.org

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| Supreme Court of New York | 01/24/2007 | ☑ Yes ☐ No* |
| USDC DC | 06/25/2008 | ☑ Yes ☐ No* |
| Ninth Circuit | 01/14/2013 | ☑ Yes ☐ No* |

\* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| N/A | | |

\* Explain:

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?   ☐ Yes   ☑ No
Have you ever been disbarred from practice in any Court?   ☐ Yes   ☑ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

5-6-13
**Date**
Fee Receipt # phx133867

[Signature]
**Signature of Applicant**

(Rev. 04/12)

*Prenda Law v. Godfread, et al.*
Case No. 2:13-mc-00030-SRB

**Admissions for Mitchell L. Stoltz**
Continued from *Pro Hac Vice* Application

District of Columbia Court of Appeals (SBN 978149) December 10, 2007

DC Circuit November 30, 2007 Bar No 51536

Federal Circuit September 15, 2010

Second Circuit August 16, 2012

Eleventh Circuit December 14, 2012

USDC ED NY June 29, 2009

US Supreme Court November 5, 2012

USDC ND NY October 31, 2012 (Bar No 517844)

# United States District & Bankruptcy Courts for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

I, **ANGELA D. CAESAR**, Clerk of the United States District Court for the District of Columbia, do hereby certify that:

**MITCHELL L. STOLTZ**

was, on the 25th day of June A.D. 2008 admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this 1st day of May A.D. 2013.

ANGELA D. CAESAR, CLERK

By: /s/ Sherryl Hon
Public Operations Administrator

