Kurt Opsahl, Esq. (Cal. Bar # 191303) (*pro hac vice*)
Mitchell L. Stoltz, Esq. (D.C. Bar # 978149) (*pro hac vice*)
Nathan D. Cardozo, Esq. (Cal. Bar # 259097) (*pro hac vice*)
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Tel: (415) 436-9333
Fax: (415) 436-9993
Email: kurt@eff.org

Paul D. Ticen, Esq. (AZ Bar # 024788)
Kelley / Warner, P.L.L.C.
404 S. Mill Ave, Suite C-201
Tempe, Arizona 85281
Tel: 480-331-9397
Fax: 1-866-961-4984
Email: paul@kelleywarnerlaw.com

Attorneys for Defendant-Movant JOHN DOE "DIE TROLL DIE"

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PRENDA LAW, INC., | ) Case No. MC-13-00030-PHX-SRB |
| Plaintiff-Respondent, | ) |
| | ) |
| v. | ) **DECLARATION OF NATHAN** |
| | ) **CARDOZO IN SUPPORT OF NOTICE** |
| PAUL GODFREAD, ALAN COOPER, | ) **OF NON-OPPOSITION** |
| and JOHN DOES 1-10 | ) [L.R. Civ. 7.2] |
| Defendant-Movant. | ) |
| | ) |

## DECLARATION OF NATHAN D. CARDOZO

I, Nathan D. Cardozo, declare as follows:

1.     I am over eighteen (18) years of age and I am otherwise competent to sign this declaration based on my personal knowledge of all matters addressed in this declaration.

2.     I am an attorney licensed to practice law in the State of California and am a Staff Attorney at the Electronic Frontier Foundation, a non-profit legal services organization serving as attorneys for Defendant Doe, a.k.a. "Die Troll Die," (DTD) in the above-captioned matter.

3.     Attached hereto as Exhibit A is a true and correct copy of my email exchange with Paul Duffy, counsel for Prenda Law, on May 7 and May 8, 2013.

4.     In this exchange, we offered to stipulate to a reasonable extension of time for Prenda Law to respond to the Motion to Quash. We asked Mr. Duffy to respond to this offer by May 10.

5.     Prenda Law has not responded to this offer.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on May 15, 2013 at San Francisco, California.

Nathan D. Cardozo

## CERTIFICATE OF SERVICE

I, Stephanie Shattuck, declare that I am employed in the city and county of San Francisco, California. My business address is 815 Eddy Street, San Francisco, CA 94109. I am over the age of 18 years and am not a party to the within action.

On May 15, 2013, at the above-referenced address, I served the foregoing document by placing the document in a sealed envelope with postage thereon fully prepaid, in accordance with the firm's practice of collection and processing correspondence with the United States Postal Service, which in the normal course of business provides for the deposit of all correspondence and documents with the United States Postal Service on the same day they are collected and processed for mailing to the persons at the addresses set forth below:

Paul A Duffy
Prenda Law Incorporated
161 N Clark St., Ste. 3200
Chicago, IL 60601

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Dated: May 15, 2013

Stephanie Shattuck
Legal Secretary

# Exhibit A

# Exhibit A

Re: Activity in Case 2:13-mc-00030-SRB Prenda Law Incorporated v. G...

Case 2:13-mc-00030-SRB   Document 17   Filed 05/15/13   Page 5 of 6

**Subject:** Re: Activity in Case 2:13-mc-00030-SRB Prenda Law Incorporated v. Godfread et al Order
**From:** Nate Cardozo <nate@eff.org>
**Date:** 5/8/13 12:28 PM
**To:** paduffy@wefightpiracy.com

Mr. Duffy,

As you are aware, Prenda Law was served with the attached Motion to Quash by U.S. mail on April 18, 2013 (see the Certificate of Filing and Service at the last page of the attached). Pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), service of a motion, such as this Motion to Quash, is properly accomplished by U.S. mail. You also received a courtesy copy of the Motion to Quash by email from Mr. Ticen on April 17, 2013.

We have served the Order referenced below on Prenda Law by U.S. Mail as well. My original email merely attached a courtesy copy of what we served by mail.

If you would like a reasonable extension of time in which to respond to the Motion to Quash, we would be happy to discuss an appropriate stipulation. If we do not hear from you by close of business on Friday, May 10, 2013, we will assume that Prenda Law has opted not to oppose our Motion. Let me know if you have any additional concerns.

Best,
Nate

On 5/7/13 3:58 PM, Prenda wrote:
> There has been no service of  in connection with his matter and there is no consent to waiver
> of service that I am aware of. I do not consent to email service of anything. Thanks very much.
>
>
> On May 7, 2013, at 5:24 PM, Nate Cardozo<nate@eff.org> wrote:
>
>> Dear Mr. Duffy,
>>
>> Attached, please find a courtesy copy of an order entered today in the United States District
>> Court for the District of Arizona. My assistant has also served the attached on your office
>> by mail.
>>
>> Feel free to contact me if you have any questions.
>>
>> Best,
>>
>> Nate Cardozo
>> Staff Attorney
>> Electronic Frontier Foundation
>> 815 Eddy Street
>> San Francisco, CA 94109
>> nate@eff.org  | 415.436.9333 x146
>> Help EFF defend our rights in the digital world
>> https://www.eff.org/donate
>>
>> <gov.uscourts.azd.774937.12.0.pdf>

─ Attachments: ──────────────────────────────────────────────

Re: Activity in Case 2:13-mc-00030-SRB Prenda Law Incorporated v. G...

Case 2:13-mc-00030-SRB   Document 17   Filed 05/15/13   Page 6 of 6

gov.uscourts.azd.774937.1.0.pdf                                         378 KB