IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Prenda Law, Inc., | No. MC13-00030-PHX-SRB |
| Plaintiff, | **ORDER** |
| vs. | |
| Paul Godfread, et al. | |
| Defendants. | |

On April 17, 2013 Defendant-Movant John Doe, a.k.a. "Die Troll Die" ("DTD") filed a Motion to Quash the Subpoena to Wild West Domains Seeking Identity Information. As of this date, no responsive memorandum has been filed. LRCiv 7.2(i) provides in part "if the opposing party does not serve and file the required answering memorandum, ...such noncompliance may be deemed a consent to the denial or granting of the motion and the Court may dispose of the motion summarily." Pursuant to this rule, the Court deems Plaintiff's failure to serve and file the required answering memorandum a consent to the granting of Defendant-Movant's Motion to Quash the Subpoena to Wild West Domains Seeking Identity Information.

IT IS ORDERED granting Defendant-Movant's Motion to Quash the Subpoena to Wild West Domains Seeking Identity Information. (Doc. 1)

1    IT IS FURTHER ORDERED quashing the subpoena issued by Plaintiff on February
2 27, 2013 to Wild West Domains.

4    DATED this 16th day of May, 2013.

_____
Susan R. Bolton
United States District Judge