**BY U.S. MAIL AND FACSIMILE**

May 16, 2013

Honorable Judge Susan R. Bolton
United States District Court
Sandra Day O'Connor U.S. Courthouse, Suite 522
401 West Washington Street, SPC 50
Phoenix, AZ 85003-2153



Re: *Prenda v. Godfread, et al.,* 13-MC-0030

Dear Judge Bolton:

We are compelled to submit this letter in connection with the matter referenced above in order to make the Court of relevant information that is not apparent from the Movant's filings in this matter. I am not admitted to practice in Arizona, and thus I have no ability to appear or file papers with the Court in connection with this matter, so I must communicate the information by letter.

I am one of the attorneys for the Plaintiffs in lawsuit from which this miscellaneous case arose[1]. However, the Movant in this case has not served the Plaintiffs with this miscellaneous action and, thus the Court lacks jurisdiction over the Plaintiffs in this matter. The Movant has filed no document purporting to be a summons on the Court's electronic docket for this matter. While the Movant's counsel has forwarded certain filings to the undersigned by e-mail, the undersigned has not consented to waive service of process or to accept notices by e-mail.

Furthermore, the Movant in this matter is not a party in the underlying lawsuit. Counsel filing papers with this court purports to represent a blog "die troll die" which is not a party to the underlying lawsuit, and indeed does not even appear to be an entity capable of initiating an action in this Court.

Finally, Movant is purporting to ask this Court in the District of Arizona to quash a subpoena issued from an Illinois state court. It is unclear on what jurisdictional grounds Movant believes this Court has jurisdiction to act on this subpoena. *SEC v. CMKM Diamonds, Inc.*, 656 F.3d 829, 832 (9th Cir. 2011).

Plaintiffs recently received by e-mail the putative Movant's notice of the "non-opposition" of Plaintiffs in the underlying lawsuit to matters pending in this Court. That notice is improper and impermissible because, as the Movant is aware, Plaintiffs have not been served with process or appeared in the case, and thus have not agreed to any such "non-opposition."

Sincerely,

Paul A. Duffy, Esq.
161 N. Clark, Suite 3200
Chicago, IL 60601

---

[1] *Prenda Law, Inc. and Alpha Law Firm, LLC v. Godfread et al.,* No. 13-L-207-DRH-SCW, U.S. District Court for the Southern District of Illinois.